**FILED**

JUL - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  APALLA U. CHOPRA (S.B. #163207)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, CA  9071-2899
3  Telephone:  (213) 430-6000
   Facsimile:  (213) 430-6407
4
   CHRISTOPHER T. SCANLAN (S.B. #211724)
5  O'MELVENY & MYERS LLP
   Embarcadero Center West
6  275 Battery Street
   San Francisco, CA  94111-3344
7  Telephone:  (415) 984-8700
   Facsimile:  (415) 984-8701
8
   Attorneys for Defendants
9  America West Airlines, Inc. and Douglas Stolls

10

11 BETH W. MORA  (S.B. #208859)
   LAW OFFICES OF LUCIUS A. COOPER
12 A PROFESSIONAL CORPORATION
   18 Crow Canyon Court, Suite 145
13 San Ramon, California  94583
   Telephone: (925) 820-8949
14 Facsimile:  (925) 820-0278

15 Attorneys for Plaintiff
   Kelly Greenfield
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19

20 | KELLY GREENFIELD,                        | Case No.  C-03-5183 MHP
21 |           Plaintiff,                     | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
22 |     v.                                   | [FED. R. CIV. P. 41(a)(1)(ii)]
23 | AMERICA WEST AIRLINES, INC.,             | Judge:  The Honorable Marilyn Hall Patel
   | a Corporation, and DOUGLAS
24 | STOLLS, an Individual,
25 |           Defendants.

26

27

28

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. C-03-5183 MHP

1     Plaintiff Kelly Greenfield ("Greenfield") and Defendants America West Airlines, Inc. and Douglas Stolls, the only parties to have appeared in this action, by and through their counsel of record, hereby agree and stipulate to the following:

    1.     Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Greenfield hereby dismisses with prejudice all claims in this action.

    2.     The parties shall pay their own attorneys' fees and costs.

Dated: June 23, 2005.

O'MELVENY & MYERS LLP
APALLA U. CHOPRA
CHRISTOPHER T. SCANLAN

By: *[signature]*
Christopher T. Scanlan
Attorneys for Defendants America West Airlines, Inc. and Douglas Stolls

Dated: June 24, 2005.

LAW OFFICES OF LUCIUS A. COOPER
BETH W. MORA

By: *[signature]*
Beth W. Mora
Attorneys for Plaintiff Kelly Greenfield

SF1:590899.1

7/1/05

IT IS SO ORDERED
*[signature]*
U.S. DISTRICT JUDGE

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. C-03-5183 MHP